IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**MERVIN C. SANTIAGO BATISTA,** :

    **Petitioner,** :

v. : CIVIL ACTION NO. 05-00262-BH-B

**STATE OF ALABAMA,** *et al.,* :

    **Respondents.** :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby dismissed as moot.

**DONE** this 10th day of June, 2008.

                                          s/ W. B. Hand
                                     SENIOR DISTRICT JUDGE

---

[1] Although petitioner's mail which contained the Report and Recommendation here at issue was returned as undeliverable, petitioner is still deemed to have failed to object inasmuch as he has failed to fulfill his obligation to keep the Court informed of his proper address.